UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Paul Howard Young, Esquire
Young, Marr & Associates, LLC.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020
215-639-5297
Fax : 215-639-1344

**Order Filed on August 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:  Rhondise C. Wiley

Case Number: 17-25106 KCF

Hearing Date: _____

Judge: KCF

Chapter: 13

Recommended Local Form:  ☑ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 17, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑    Granted.  The deadline to file schedules is extended to ___August 23, 2017___.

☐    Denied.

*rev.8/1/15*

2

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 17-25106-KCF
Rhondise C. Wiley                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 17, 2017
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2017.
db            +Rhondise C. Wiley,    6 Meadowbrook Place,    Willingboro, NJ 08046-2106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2017 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Paul H. Young    on behalf of Debtor Rhondise C. Wiley ykassoc@gmail.com, lesliebrown.paralegal@gmail.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4