Form 182 – ntchrgpay

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                Case No.: 17–25106–KCF
                Chapter:  13
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rhondise C. Wiley
   6 Meadowbrook Place
   Willingboro, NJ 08046

Social Security No.:
   xxx–xx–6285

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE**

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:      September 13, 2017      02:00 PM

at: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

The amount of the unpaid filing fee is:

$31.00 For Amendment to Schedules.

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.

Dated: August 25, 2017
JAN: ckk

                                                    Jeanne Naughton
                                                    Clerk