Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 17−25106−KCF  
Chapter: 13  
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rhondise C. Wiley  
   6 Meadowbrook Place  
   Willingboro, NJ 08046

Social Security No.:  
   xxx−xx−6285

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           9/27/17  
Time:           10:00 AM  
Location:       Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 24, 2017  
JAN: vpm

Jeanne Naughton  
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-25106-KCF
Rhondise C. Wiley                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 24, 2017
                              Form ID: 132             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
```
db              +Rhondise C. Wiley,    6 Meadowbrook Place,    Willingboro, NJ 08046-2106
517027511       +Go Financial,    PO Box 52626,   Phoenix, AZ 85072-2626
516964242       +Midwest Recovery Syste,    Po Box 899,    Florissant, MO 63032-0899
516964243       +Midwest Recovery Syste,    2747 W Clay St Ste A,    Saint Charles, MO 63301-2557
516964245      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    350 Highland Dr,    Lewisville, TX 75067)
516964244       +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517025356        Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,   St. Paul, MN 55116-0408
517027514       +State Of New Jersey,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
516964251       +Us Dept Of Ed/Great Lakes Higher Educati,    2401 International Lane,    Madison, WI 53704-3121
516964250       +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
516964252       +Verizon,   Verizon Wireless Bankruptcy Administrati,     500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
516964256       +Verizon,   Po Box 650584,    Dallas, TX 75265-0584
516964255       +Verizon,   Po Box 650051,    Dallas, TX 75265-0051
516964258       +Wells Fargo Bank,    Po Box 10438,   Macf8235-02f,    Des Moines, IA 50306-0438
516964259       +Wells Fargo Bank,    Po Box 14517,   Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2017 22:32:53      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2017 22:32:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516980008       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 24 2017 22:35:27      Ascension Capital Group,
                 Attn: Exeter Finance LLC Department,    P.O. Box 165028,    Irving, TX 75016-5028
516964235       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 24 2017 22:33:35
                 Credit Collections Svc,    725 Canton St,    Norwood, MA 02062-2679
516964234       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 24 2017 22:33:35
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
517027509       +E-mail/Text: bankruptcy.bnc@ditech.com Aug 24 2017 22:32:38      Ditech Financial,
                 PO Box 94710,   Palatine, IL 60094-4710
516964237       +E-mail/Text: bknotice@erccollections.com Aug 24 2017 22:32:54      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516964236       +E-mail/Text: bknotice@erccollections.com Aug 24 2017 22:32:54      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516964239       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Aug 24 2017 22:35:16      Exeter Finance Corp,
                 Po Box 166097,   Irving, TX 75016-6097
516964238       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Aug 24 2017 22:35:16      Exeter Finance Corp,
                 Po Box 166008,   Irving, TX 75016-6008
516964241       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2017 22:32:48      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516964240       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2017 22:32:48      Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
516964248       +E-mail/PDF: pa_dc_claims@navient.com Aug 24 2017 22:35:42      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
516964246       +E-mail/PDF: pa_dc_claims@navient.com Aug 24 2017 22:35:42      Navient,    Attn: Bankruptcy,
                 Po Box 9500,   Wilkes-Barr, PA 18773-9500
                                                                                              TOTAL: 14
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516964249*      +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
516964247*      +Navient,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
516964257*      +Verizon,   Po Box 650584,    Dallas, TX 75265-0584
516964253*      +Verizon,   Verizon Wireless Bankruptcy Administrati,     500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
516964254*      +Verizon,   Verizon Wireless Bankruptcy Administrati,     500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 24, 2017
                              Form ID: 132             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul H. Young    on behalf of Debtor Rhondise C. Wiley ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com
              Stephen M. Hladik    on behalf of Creditor   GFC Lending, LLC shladik@hoplawyers.com,
               gcaldiero@hoplawyers.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```