Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−25106−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rhondise C. Wiley
   6 Meadowbrook Place
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−6285

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/28/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 2, 2017
JAN: slf

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-25106-KCF
Rhondise C. Wiley                                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 02, 2017
                              Form ID: 148             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
```
db             +Rhondise C. Wiley,    6 Meadowbrook Place,    Willingboro, NJ 08046-2106
517074418      +Exeter Finance Corp,    Po Box 165028,    Irving, TX 75016-5028
517072886      +Exeter Finance LLC,    P.O. Box 167399,    Irving, TX 75016-7399
517027511      +Go Financial,    PO Box 52626,    Phoenix, AZ 85072-2626
516964242      +Midwest Recovery Syste,    Po Box 899,    Florissant, MO 63032-0899
516964243      +Midwest Recovery Syste,    2747 W Clay St Ste A,    Saint Charles, MO 63301-2557
516964245     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    350 Highland Dr,    Lewisville, TX 75067)
516964244      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                Coppell, TX 75019-4620
517025356       Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                PO BOX 16408,    St. Paul, MN 55116-0408
517027514      +State Of New Jersey,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
516964251      +Us Dept Of Ed/Great Lakes Higher Educati,    2401 International Lane,    Madison, WI 53704-3121
516964250      +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                Madison, WI 53704-3121
516964256      +Verizon,    Po Box 650584,    Dallas, TX 75265-0584
516964255      +Verizon,    Po Box 650051,    Dallas, TX 75265-0051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2017 22:43:50     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2017 22:43:49     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516980008      +EDI: AISACG.COM Oct 02 2017 22:43:00     Ascension Capital Group,
                Attn: Exeter Finance LLC Department,    P.O. Box 165028,    Irving, TX 75016-5028
516964235      +EDI: CCS.COM Oct 02 2017 22:43:00     Credit Collections Svc,    725 Canton St,
                Norwood, MA 02062-2679
516964234      +EDI: CCS.COM Oct 02 2017 22:43:00     Credit Collections Svc,    Po Box 773,
                Needham, MA 02494-0918
517027509      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 02 2017 22:43:45     Ditech Financial,
                PO Box 94710,    Palatine, IL 60094-4710
516964237      +E-mail/Text: bknotice@erccollections.com Oct 02 2017 22:43:52     ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516964236      +E-mail/Text: bknotice@erccollections.com Oct 02 2017 22:43:52     ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516964239      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Oct 02 2017 22:46:57     Exeter Finance Corp,
                Po Box 166097,    Irving, TX 75016-6097
516964238      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Oct 02 2017 22:46:48     Exeter Finance Corp,
                Po Box 166008,    Irving, TX 75016-6008
516964241      +EDI: MID8.COM Oct 02 2017 22:43:00     Midland Funding,    2365 Northside Dr Ste 30,
                San Diego, CA 92108-2709
516964240      +EDI: MID8.COM Oct 02 2017 22:43:00     Midland Funding,    Attn: Bankruptcy,   Po Box 939069,
                San Diego, CA 92193-9069
516964248      +EDI: NAVIENTFKASMSERV.COM Oct 02 2017 22:43:00     Navient,    Po Box 9500,
                Wilkes Barre, PA 18773-9500
516964246      +EDI: NAVIENTFKASMSERV.COM Oct 02 2017 22:43:00     Navient,    Attn: Bankruptcy,   Po Box 9500,
                Wilkes-Barr, PA 18773-9500
516964252      +EDI: VERIZONEAST.COM Oct 02 2017 22:43:00     Verizon,
                Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                Weldon Springs, MO 63304-2225
517082034      +EDI: AIS.COM Oct 02 2017 22:43:00     Verizon,   by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516964259      +EDI: WFFC.COM Oct 02 2017 22:43:00     Wells Fargo Bank,    Po Box 14517,
                Des Moines, IA 50306-3517
516964258      +EDI: WFFC.COM Oct 02 2017 22:43:00     Wells Fargo Bank,    Po Box 10438,   Macf8235-02f,
                Des Moines, IA 50306-0438
                                                                                               TOTAL: 18
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516964249*     +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
516964247*     +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
516964257*     +Verizon,    Po Box 650584,    Dallas, TX 75265-0584
516964253*     +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                Weldon Springs, MO 63304-2225
516964254*     +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                Weldon Springs, MO 63304-2225
                                                                                      TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Oct 02, 2017
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:

```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Exeter Finance Corp. jschwartz@mesterschwartz.com
              Paul H. Young    on behalf of Debtor Rhondise C. Wiley ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com,tkennedy@ymalaw.com
              Stephen M. Hladik    on behalf of Creditor    GFC Lending, LLC shladik@hoplawyers.com,
               gcaldiero@hoplawyers.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```